United States District Court
Southern District of Texas
**ENTERED**
August 19, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| KEVIN VILLARREAL, §<br>  Plaintiff, §<br> §<br>v. §<br> §<br>WILLACY COUNTY SHERIFF'S §<br>DEPARTMENT, §<br>  Defendant. § | Civil Action No. 1:24-cv-00057 |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" (Dkt. No. 11) ("R&R"). The R&R recommends that the Court (1) grant Defendant's Motion to Strike (Dkt. No. 7); (2) grant Plaintiff's Motion for Leave to file his amended complaint (Dkt. No. 8); (3) order the Clerk of Court to docket Plaintiff's First Amended Complaint (Dkt. No. 8-1) as a new entry; and (4) grant Defendant's Motion to Dismiss (Dkt. No. 4). Dkt. No. 11.

Objections to the R&R were due August 2, 2024. No objections were filed. If there have been no objections to the magistrate's ruling, the appropriate standard of review is "clearly erroneous, abuse of discretion and contrary to law." *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Finding no clear error, abuse of discretion, or finding contrary to law, the R&R (Dkt. No. 11) is **ADOPTED**. Defendant's Motion to Strike (Dkt. No. 7) is **GRANTED**. Plaintiff's Motion for Leave to file his amended complaint (Dkt. No. 8) is **GRANTED**. The Clerk of the Court is **ORDERED** to docket Plaintiff's First Amended Complaint (Dkt. No. 8-1) as a new entry. Defendant's Motion to Dismiss (Dkt. No. 4) is **GRANTED** as to Defendant Willacy County Sheriff's Department. The only remaining defendant is Defendant Willacy County.

Signed on this 19th day of August, 2024.

Rolando Olvera
United States District Judge