United States District Court
Southern District of Texas
**ENTERED**
February 05, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| KEVIN VILLARREAL,<br>"Plaintiff," § § § | |
| v. § § | Civil Action No. 1:24-cv-00057 |
| WILLACY COUNTY,<br>"Defendant." § § § § | |

## ORDER

Before the Court is the "Magistrate Judge's Report and Recommendation" (Dkt. No. 26) ("R&R"). The R&R recommends that the Court (1) dismiss without prejudice Plaintiff's claims as moot; and (2) direct the Clerk of Court to close this case.

Objections to the R&R were due January 17, 2025. No objections were filed. If there have been no objections to the magistrate's ruling, the appropriate standard of review is "clearly erroneous, abuse of discretion and contrary to law." *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Finding no clear error, abuse of discretion, or finding contrary to law, the R&R (Dkt. No. 26) is **ADOPTED**. In accordance with Fed. R. Civ. P. 12(b)(1), Plaintiff's claims against Defendant are **DISMISSED without prejudice**.[1] The Clerk of the Court is **ORDERED** to close this case.

Signed on this 5th day of February, 2025.

Honorable Rolando Olvera
United States District Judge

---

[1] A claim for declaratory and injunctive relief based on conditions of confinement is rendered moot upon the prisoner's release or transfer from the facility. *Herman v. Holiday*, 238 F.3d 660, 665 (5th Cir. 2001).